**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:

Case No: 8:16-bk-07639-CPM
Chapter 13

Corey Frank Bethune
_____/

### REPORT OF UNCLAIMED FUNDS

Comes now, Jon M. Waage, Chapter 13 Standing Trustee, and respectfully shows that, pursuant to orders dismissing cases, orders of conversion, and orders of distribution, and as shown below, he has made distribution of all monies received, and all checks issued prior to January 31, 2017, have cleared with exception of the following:

| Check Number | Amount | Claimant Name & Address |
|---|---|---|
| 56972 | $1,408.00 | Corey Frank Bethune<br>2127 35th Street South<br>St. Petersburg, FL 33711 |
| 56973 | $1,279.46 | Corey Frank Bethune<br>2127 35th Street South<br>St. Petersburg, FL 33711 |

The Trustee further states that more than ninety (90) days have elapsed since the declaration of the dividends, and pursuant to the provisions of 11 U.S.C. Section 347, the undersigned attaches funds totaling $2,687.46 for this case, which is payable to Clerk, U.S. Bankruptcy Court/Court Registry, and states that the claimant(s) entitled to these funds is/are listed above.

Respectfully submitted on March 10, 2017.

/s/ Jon M. Waage
Jon M. Waage
Chapter 13 Trustee
P.O. Box 25001
Bradenton, FL  34206-5001
Phone (941) 747-4644
Fax (941) 750-9266

Cc: Clerk, U.S. Bankruptcy Court/Court Registry